IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

**Date:** December 10, 2007

Ginny Kramer, Deputy Clerk
Suzanne Claar, Court Reporter

---

**Criminal Case No. 07-cr-00183-REB**

| UNITED STATES OF AMERICA, | Gregory Rhodes |
|---|---|
| v. | |
| 8. BENJAMIN JOSEPH, Defendant. | James Castle |

## CHANGE OF PLEA MINUTES

**11:10 a.m. Court in session.**

Appearances of counsel.

The Defendant is present in Court (on bond).

The Plea Agreement and Defendant's Statement in Advance of Plea of Guilty are tendered to the Court.

The Defendant is sworn.

The Defendant is advised of his rights, including his right to a trial by jury.

The Defendant's previous plea of not guilty is withdrawn.

The Defendant is advised of the possible penalties, fines, supervised release, and special victim fund assessment fee.

The Defendant waives re-arraignment on Counts One of the Indictment.

The Court's Findings of Fact and Conclusion of Law will be issued electronically.

1

The plea agreement of the parties as stated in court exhibits 1 and 2 conforms in form and substance to the requirements of law, including the requirements of D.C.COLO.LCr.R 11.1C and D.

1. That court's exhibits 1 and 2 are admitted into evidence.

2. That formal approval of the plea agreement is deferred pending the opportunity to consider the presentence report.

3. That the plea of **GUILTY to Count One** of the Indictment entered by the defendant, Rigoberto Urzua-Garcia, is received, accepted, and approved.

4. That the defendant is found **GUILTY of Counts One** of the Indictment.

5. That the probation department shall conduct a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32.

6. That the defendant's counsel shall contact the probation department as soon as practicable to arrange, schedule, and coordinate the defendant's involvement and participation in the required presentence investigation. The defendant shall cooperate fully with the probation department during the presentence investigation.

7. **That sentencing is scheduled for February 29, 2008, at 11:00 a.m.**

8. That any pending pretrial motions filed on behalf of Benjamin Joseph, are **DENIED as MOOT**.

9. That the Defendant's Bond and Bail are continued until the time of sentencing.

**11:55 a.m.  Court in recess.**

*Total in court time: 00:45  minutes - Hearing concluded*